| FORM B1 | United States Bankruptcy Court<br>Northern District of Ohio | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Hutton, Jamel M. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>fdba Jamel Smith, Inc.<br>dba Smitty's Fairview Tavern | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 4719 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>4210 W. 226th Street<br>Fairview Park, OH 44126 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: Cuyahoga | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>☑ Individual(s)  ☐ Railroad<br>☐ Corporation  ☐ Stockbroker<br>☐ Partnership  ☐ Commodity Broker<br>☐ Other  ☐ Clearing Bank | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box)<br>☑ Chapter 7  ☐ Chapter 11  ☐ Chapter 13<br>☐ Chapter 9  ☐ Chapter 12 |
|---|---|
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business  ☑ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. - ver. 3.8.0-623 - 31665

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
Jamel M. Hutton

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: | NONE | Case Number: | Date Filed: |
|---|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | NONE | Case Number: | Date Filed: |
|---|---|---|---|

| District: | | Relationship: | Judge: |
|---|---|---|---|

# Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    /s/ Jamel M. Hutton
_____
Signature of Debtor

X
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)
    10/5/04
_____
Date

### Signature of Attorney

X    /s/ William J. Balena
_____
Signature of Attorney for Debtor(s)
    WILLIAM J. BALENA 0019641
_____
Printed Name of Attorney for Debtor(s)
    Balena Law Firm
_____
Firm Name
    320 Broad Street
_____
Address
    Elyria OH  44035
_____
    440-365-2000
_____
Telephone Number
    10/5/04
_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X
_____
Signature of Attorney for Debtor(s)            Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.8.0-623 - 31665

In re    Jamel M. Hutton              ,      Case No. _____

            Debtor                                                       (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    20   

sheets and that they are true and correct to the best of my knowledge, information and belief.      (Total shown on summary page plus 1)

Date   10/5/04                      Signature   /s/ Jamel M. Hutton             

                                                          Debtor

Date   _____      Signature   Not Applicable            

                                                       (Joint Debtor, if any)

                                           [If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

     I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____      _____

Printed or Typed Name of Bankruptcy Petition Preparer      Social Security No.

                                                                      (Required by 11 U.S.C. § 110(c).)

_____

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____      _____

Signature of Bankruptcy Petition Preparer                                Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.8.0-623 - 31665

In re ___Jamel M. Hutton_____    Case No._____
             Debtor                                               (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 4210 W. 226th Street Fairview Park, OH | Entire | | 115,000.00 | 105,000.00 |
| | | Total ▶ | 115,000.00 | |

**(Report also on Summary of Schedules)**

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.8.0-623 - 31665

Jamel M. Hutton

In re _____     Case No. _____
                    Debtor                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Fifth Third - Checking<br><br>Third Federal - Checking | | 300.00<br><br>80.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | Household furnishings | | 500.00 |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | Clothing | | 120.00 |
| 7.   Furs and jewelry. | | Jewelry | | 1,000.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.8.0-623 - 31665

Jamel M. Hutton

In re _____   Case No. _____
                        Debtor                                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term through work | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | TSP | | 300.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Mark Swartz, possible claim against business landlord<br><br>claim for accounting; Robert D. Smith<br><br>13419 Merl<br>Lakewood OH 44107 | | 0.00<br><br><br>Unknown |

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.8.0-623 - 31665

Jamel M. Hutton

In re _____  Case No. _____
                    Debtor                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| **21. Patents, copyrights, and other intellectual property. Give particulars.** | X | | | |
| **22. Licenses, franchises, and other general intangibles. Give particulars.** | | Ohio Liquor License | | 0.00 |
| **23. Automobiles, trucks, trailers, and other vehicles and accessories.** | | 2000 Hyundai Elantra (wrecked 2x) | | 1,500.00 |
| **24. Boats, motors, and accessories.** | X | | | |
| **25. Aircraft and accessories.** | X | | | |
| **26. Office equipment, furnishings, and supplies.** | X | | | |
| **27. Machinery, fixtures, equipment, and supplies used in business.** | | 2 cash registers | | 3,000.00 |
| | | 10 booths and tables | | 4,000.00 |
| | | 20 bar stools | | 2,000.00 |
| | | Stove | | 2,500.00 |
| | | Air cleaner | | 1,500.00 |
| | | Kitchen implements Keg cooler | | 3,500.00 |
| | | Stainless freezer | | 3,000.00 |
| **28. Inventory.** | X | | | |
| **29. Animals.** | X | | | |
| **30. Crops - growing or harvested. Give particulars.** | X | | | |
| **31. Farming equipment and implements.** | X | | | |
| **32. Farm supplies, chemicals, and feed.** | X | | | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. - ver. 3.8.0-623 - 31665

FORM B6B
(10/89)

Jamel M. Hutton

In re _____     Case No. _____
                    Debtor                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| **33. Other personal property of any kind not already listed.** | X | | | |
| | | 0 continuation sheets attached | Total ▶ | $ 23,300.00 |

**(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)**

Bankruptcy2004 © 1991-2004, New Hope Software, Inc., ver. 3.8.0-623 - 31665

Jamel M. Hutton

In re _____    Case No. _____
                        Debtor                                                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐  11 U.S.C. §522(b)(1)    Exemptions provided in 11 U.S.C. §522(d).  Note:  These exemptions are available only in certain states.

☑  11 U.S.C. §522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 4210 W. 226th Street Fairview Park, OH | Ohio Rev. Code §2329.66 (A)(1)(b) | 5,000.00 | 115,000.00 |
| Fifth Third - Checking | Ohio Rev. Code §2329.66 (A)(4)(a) | 300.00 | 300.00 |
| Third Federal - Checking | Ohio Rev. Code §2329.66 (A)(4)(a) | 80.00 | 80.00 |
| Household furnishings | Ohio Rev. Code §2329.66 (A)(4)(b) | 500.00 | 500.00 |
| Clothing | Ohio Rev. Code §2329.66 (A)(3) | 120.00 | 120.00 |
| Jewelry | Ohio Rev. Code §2329.66 (A)(4)(c) | 1,000.00 | 1,000.00 |
| TSP | Ohio Rev. Code §2329.66 (A)(10) | 300.00 | 300.00 |
| 2000 Hyundai Elantra (wrecked 2x) | Ohio Rev. Code §2329.66 (A)(2)(b) | 1,000.00 | 1,500.00 |
|  | Ohio Rev. Code 2329.66(A)(18) | 400.00 |  |

Bankruptcy2004 © 1991-2004, New Hope Software, Inc., ver. 3.8.0-623 - 31665

Form B6D
(12/03)

In re _____,  Case No. _____
                    Jamel M. Hutton
                    **Debtor**                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Chase Manhattan Bank<br>P.O. Box 15583<br>Wilmington, DE 19886-1194 | | | Incurred: 2002<br>Lien: Second Mortgage<br>Security: 4210 W. 26, Fairview Park, OH<br><br>VALUE $            115,000.00 | | | | 52,000.00 | 0.00 |
| ACCOUNT NO.<br><br>Third Federal Savings & Loan<br>7007 Broadway Ave.<br>Cleveland, OH 44105 | | | Incurred: 2000<br>Lien: First Mortgage<br>Security: 4210 W. 226, Fairview Park, OH<br><br>VALUE $            115,000.00 | | | | 53,000.00 | 0.00 |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |

0 _____continuation sheets attached

Subtotal ➤   $   105,000.00
(Total of this page)

Total ➤   $   105,000.00
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. - ver. 3.8.0-623 - 31665

Form B6E
(04/04)

In re Jamel M. Hutton _____,     Case No._____
               Debtor                                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

      A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Extensions of credit in an involuntary case**

      Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐   **Wages, salaries, and commissions**

      Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐   **Contributions to employee benefit plans**

      Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Certain farmers and fishermen**

      Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐   **Deposits by individuals**

      Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐   **Alimony, Maintenance, or Support**

      Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

      Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

      Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

      * Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                1   continuation sheets attached

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.8.0-623 - 31665

Form B6E - Cont.
(04/04)

Jamel M. Hutton

In re _____,    Case No. _____
           **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes & Debts to Governments**

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8693<br><br>BWC State Ins. Fund<br>Corporate Processing Dept.<br>Columbus, OH 43271-0977 | | | Incurred: 2004<br>Consideration: Workers comp fund | | | | 2,417.00 | 0.00 |
| ACCOUNT NO.  9668<br><br>Ohio Dept. of Taxation<br>P.O. Box 2678<br>Columbus, OH 43216-2678 | | | Incurred: 2003<br>Consideration: Sales tax due for 2003 | | | | 3,000.00 | 3,000.00 |
| ACCOUNT NO.  7306<br><br>State of Ohio - Special Counsel<br>326 S. High St Annex, #201<br>Columbus, OH 43215 | | | Incurred: 2004<br>Consideration: Workers Comp Premium | | | | 2,502.00 | 2,502.00 |
| ACCOUNT NO.  0000<br><br>Treasurer, Cuyahoga County<br>P.O. Box 94541<br>Cleveland, OH 44101-4541 | | | Incurred: 2003<br>Consideration: Personal property taxes due | | | | 470.00 | 0.00 |
| ACCOUNT NO. | | | | | | | | |

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.8.0-623  -  31665

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ▶  $  8,389.00
(Total of this page)

Total ▶  $  8,389.00
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Form B6F (12/03)

In re  Jamel M. Hutton                                    , Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2634<br><br>ADP/McCarthy, Burgess<br>26000 Cannon Rd.<br>Clevealnd, OH 44146 | | | Incurred: 2004<br>Consideration: Account svcs. | | | | 138.00 |
| ACCOUNT NO.<br><br>Angie Longo<br>4288 W. 227th Street<br>Fairview Park, OH 44126 | | | Incurred: 2004<br>Consideration: Back pay | | | | 638.00 |
| ACCOUNT NO.  3300<br><br>Animal Hospital of Fairview<br>4480 W 220th St.<br>Fairview Park, OH 44126 | | | Incurred: 2004<br>Consideration: Pet medical | | | | 53.00 |
| ACCOUNT NO.  3090<br><br>Arrow Financial<br>P.O. Box 1206<br>Oaks, PA 19456-1206 | | | Incurred: 2004<br>Consideration: Collection for GE Capital | | | | Notice Only |

_5_____continuation sheets attached

Subtotal ▶ | $ | 829.00
(Total of this page)
Total ▶ | $ |
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2004 © 1991-2004, New Hope Software, Inc., ver. 3.8.0-623 - 31665

Jamel M. Hutton

In re _____,     Case No. _____
                     **Debtor**                                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>B&K Glass<br>16417 Lorain Ave.<br>N. Olmsted, OH 44070 | | | Incurred: 2002<br>Consideration: Glass repair | | | | 2,500.00 |
| ACCOUNT NO.<br>Cadilac Music<br>3950 Carnegie<br>Cleveland, OH | | | Incurred: 2004<br>Consideration: Music | | | | 5,000.00 |
| ACCOUNT NO.   -000<br>CIT/Lease FN Group<br>P.O. Box 4263<br>Chicago, IL 60693 | | | Incurred: 2004<br>Consideration: Lease of credit card machine | | | | 700.00 |
| ACCOUNT NO.<br>Edward R. Reichek, Esq.<br>75 Public Sq., #1225<br>Cleveland, OH 44113-2059 | | | Incurred: 2003<br>Consideration: Attorney fees | | | | 1,478.00 |
| ACCOUNT NO.<br>Fairview Shopping Center Corp.<br>30100 Chagrin Blvd., #110<br>Cleveland, OH 44124 | | | Incurred: 2004 | | | | 61,600.00 |

Bankruptcy2004 © 1991-2004, New Hope Software, Inc., ver. 3.8.0-623 - 31665

Sheet no. __1__ of __5__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ | 71,278.00
(Total of this page)
Total ▶ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Jamel M. Hutton

In re _____,    Case No. _____
                   **Debtor**                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3572<br><br>GE Capital Cons Cardco<br>P.O. Box 9001557<br>Louisville, KY 40290-1557 | | | Incurred: 2003-2004<br>Consideration: Credit card debt | | | | 7,622.00 |
| ACCOUNT NO.  -000<br><br>Harris & Harris Ltd<br>600 W. Jackson Blvd. #400<br>Chicago, IL 60661 | | | Incurred: 2004<br>Consideration: Collection for Lease FN | | | | Notice Only |
| ACCOUNT NO.  8396<br><br>Home Depot<br>P.O. Box 9100<br>Des Moines, IA 50368-9100 | | | Incurred: 2003-2004<br>Consideration: Credit card debt | | | | 9,201.00 |
| ACCOUNT NO.  2843<br><br>JC Penney<br>P.O. Box 271938<br>Tampa, FL 33688-1938 | | | Incurred: 2004<br>Consideration: Credit card debt | | | | 200.00 |
| ACCOUNT NO.<br><br>Joe Jacobs, Esq.<br>15614 Detroit Rd., #6<br>Lakewood, OH 44107 | | | Incurred: 2003<br>Consideration: Attorney fees | | | | 7,000.00 |

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.8.0-623 - 31665

Sheet no.  2  of  5  continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $      24,023.00
(Total of this page)
Total ▶    $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Jamel M. Hutton

In re _____,    Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5299<br><br>Kaufmann's<br>P.O. Box 8091<br>Lorain, OH 44055-8091 | | | Incurred: 2004<br>Consideration: Credit card debt | | | | 84.00 |
| ACCOUNT NO. -040<br><br>Kohl's Department Store<br>P.O.Box 3043<br>Milwaukee, WI 553201-3043 | | | Incurred: 2004<br>Consideration: Credit card debt | | | | 84.00 |
| ACCOUNT NO. 4678<br><br>Lowes<br>P.O. Box 981064<br>El Paso, TX 79998-1064 | | | Incurred: 2004<br>Consideration: Credit card debt | | | | 489.00 |
| ACCOUNT NO.<br><br>Mansour, Gavin/LoPresti<br>55 Public Sq., #2150<br>Cleveland, OH 44113-1994 | | | Incurred: 2004<br>Consideration: Personal loan | | | | Unknown |
| ACCOUNT NO.<br><br>Mark Swartz<br>30100 Chagrin Blvd.<br>Cleveland, OH 44124 | | | Incurred: 2002<br>Consideration: Back rent | | | | 70,000.00 |

Sheet no. 3 of 5 continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $     70,657.00
(Total of this page)

Total ► $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.8.0-623 - 31665

Form B6F - Cont.
(12/03)

Jamel M. Hutton

In re _____,    Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8336<br><br>MBNA America<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 | | | Incurred: 2003-2004<br>Consideration: Credit card debt | | | | 8,660.00 |
| ACCOUNT NO. 7628<br><br>MBNA America<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 | | | Incurred: 2003-2004<br>Consideration: Credit card debt | | | | 8,857.00 |
| ACCOUNT NO. 3260<br><br>Michael P. Harvey Co., LPA<br>311 Northcliff Dr.<br>Rocky River, OH 44116-1344 | | | Incurred: 2004<br>Consideration: Attorney fees | | | | 5,245.00 |
| ACCOUNT NO. 37-1<br><br>Recovery Concepts<br>1925 E. Beltine Rd., #510<br>Carrollton, TX 75006 | | | Incurred: 2004<br>Consideration: Collection for Lease FN Grp | | | | Notice Only |
| ACCOUNT NO. 6134<br><br>Sears<br>P.O. Box 818017<br>Cleveland, OH 44181-8017 | | | Incurred: 2004<br>Consideration: Credit card debt | | | | 2,635.00 |

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.8.0-623 - 31665

Sheet no. __4__ of __5__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $    25,397.00
(Total of this page)

Total ➤    $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Jamel M. Hutton

In re _____,    Case No. _____

                  **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4239<br><br>The Illuminating Company<br>P.O. Box 3638<br>Akron, OH 44309-3638 | | | Incurred: 2004<br>Consideration: Utility - Business | | | | 3,338.00 |
| ACCOUNT NO.<br><br>Tom Hlavaty<br>21245 Lorain Rd.<br>Fairview Park, OH 44126 | | | Incurred: 2002<br>Consideration: Accounting svcs | | | | 5,000.00 |
| ACCOUNT NO.<br><br>Total Line Refrigeration<br>4916 Walworth Ave.<br>Cleveland, OH | | | Incurred: 2002<br>Consideration: Refrigeration svcs. | | | | 2,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.8.0-623 - 31665

Sheet no. _5_ of _5_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal ▶   $        10,338.00
                                          (Total of this page)
                                              Total ▶   $       202,522.00
                (Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Jamel M. Hutton

In re _____   Case No. _____
                    Debtor                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| CIT/Lease FN Group<br>P.O. Box 4263<br>Chicago, IL 60693 | Credit card machine |
| Mark Swartz<br>30100 Chagrin Blvd.<br>Cleveland, OH 44124 | Business Lease |

FORM B6H
(6/90)

Jamel M. Hutton

In re _____    Case No. _____
         Debtor                                           (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.8.0-623  -  31665

Jamel M. Hutton

In re_____ ,        Case No._____
                    Debtor                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Divorced | RELATIONSHIP<br>son<br>daughter | AGE<br>13<br>21 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Medical Stenographer | |
| Name of Employer | VA Medical Center | |
| How long employed | 1 year | |
| Address of Employer | 10701 East Blvd. | N.A. |
| | Cleveland, OH 44106 | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 2,268.00 | $ N.A. |
| Estimated monthly overtime | $ 0.00 | $ N.A. |
| SUBTOTAL | $ 2,268.00 | $ N.A. |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ N.A. |
| b. Insurance | $ 0.00 | $ N.A. |
| c. Union Dues | $ 0.00 | $ N.A. |
| d. Other (Specify:_____ ) | $ 0.00 | $ N.A. |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N.A. |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2,268.00 | $ N.A. |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ N.A. |
| Income from real property | $ 0.00 | $ N.A. |
| Interest and dividends | $ 0.00 | $ N.A. |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ N.A. |
| Social security or other government assistance (Specify)_____ | $ 0.00 | $ N.A. |
| Pension or retirement income | $ 0.00 | $ N.A. |
| Other monthly income (Specify) _____ | $ 0.00 | $ N.A. |
| _____ | $ 0.00 | $ N.A. |
| TOTAL MONTHLY INCOME | $ 2,268.00 | $ N.A. |

TOTAL COMBINED MONTHLY INCOME        $ 2,268.00        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Bankruptcy2004 © 1991-2004, New Hope Software, Inc.. ver. 3.8.0-623 - 31665

Jamel M. Hutton

In re _____,    Case No. _____
         Debtor                                                       (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 379.00 |
| Are real estate taxes included?   Yes _____   No √ | | |
| Is property insurance included?   Yes _____   No √ | | |
| Utilities   Electricity and heating fuel | $ | 215.00 |
|            Water and sewer | $ | 81.00 |
|            Telephone | $ | 97.00 |
|            Other _____ Cable _____ | $ | 61.00 |
| Home maintenance (Repairs and upkeep) | $ | 0.00 |
| Food | $ | 600.00 |
| Clothing | $ | 50.00 |
| Laundry and dry cleaning | $ | 50.00 |
| Medical and dental expenses | $ | 110.00 |
| Transportation (not including car payments) | $ | 150.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|            Homeowner's or renter's | $ | 51.00 |
|            Life | $ | 0.00 |
|            Health | $ | 0.00 |
|            Auto | $ | 108.00 |
|            Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ Property _____ | $ | 55.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|            Auto | $ | 0.00 |
|            Other _____ 2nd Mtge _____ | $ | 370.00 |
|            Other _____ | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other _____ Personal care _____ | $ | 70.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)     **$   2,447.00**

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.   Total projected monthly income | $ | N.A. |
| B.   Total projected monthly expenses | $ | N.A. |
| C.   Excess income (A minus B) | $ | N.A. |
| D.   Total amount to be paid into plan each _____ N.A. _____ | $ | N.A. |
|                                           (interval) | | |

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.8.0-623 - 31665

# United States Bankruptcy Court
## Northern District of Ohio

Jamel M. Hutton

In re _____     Case No. _____
                    Debtor                                                                   (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 115,000.00 | | |
| B - Personal Property | YES | 4 | $ 23,300.00 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 105,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 8,389.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 202,522.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 2,268.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 2,447.00 |
| Total Number of Sheets in ALL Schedules ▶ | | 19 | | | |
| Total Assets ▶ | | | 138,300.00 | | |
| Total Liabilities ▶ | | | | 315,911.00 | |

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.8.0-623 - 31665

# Form 8.  INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
## UNITED STATES BANKRUPTCY COURT
### Northern District of Ohio

In re    Jamel M. Hutton ,         Case No. _____

         Debtor

Chapter     Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

     *a.  Property to Be Surrendered.*

| **Description of Property** | **Creditor's name** |
|---|---|
| NONE | |

     *b.  Property to Be Retained.*      *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 4210 W. 226th Street | Third Federal Savings & Loa... | √ | | √ |
| 4210 W. 226th Street | Chase Manhattan Bank | √ | | √ |

Date:    10/5/04

/s/ Jamel M. Hutton

Signature of Debtor      JAMEL M. HUTTON

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

     I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____

Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No.
(Required by 11 U.S.C. § 110(c).)

_____

_____

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x _____      _____

Signature of Bankruptcy Petition Preparer      Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. §156.*

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.8.0-623 - 31665

# FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF OHIO

In Re    Jamel M. Hutton                  Case No. _____

              (Name)                                                         (if known)

                      Debtor

## STATEMENT OF FINANCIAL AFFAIRS

        This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

        Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

      **1.**   **Income from employment or operation of business**

None

☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT                               SOURCE (if more than one)

   2004         41,721     Employment

Bankruptcy2004 © 1991-2004, New Hope Software, Inc.- ver. 3.8.0-623 - 31665

|      |        |            |
|------|--------|------------|
| 2003 | 37,779 | Employment |
| 2002 | 42,727 | Employment |

**2.   Income other than from employment or operation of business**

None
☒   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.   Give particulars.   If a joint petition is filed, state income for each spouse separately.   (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                              SOURCE

**3.   Payments to Creditors**

None
☐   a.   List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------|------|------|------|
| Third Federal Savings & Loan<br>7007 Broadway Ave.<br>Cleveland, OH 44105 | Monthly | 1,137 | 53,000 |
| Chase Manhattan Bank<br>P.O. Box 15583<br>Wilmington, DE 19886-1194 | Monthly | 1,110 | 52,000 |
| Treasurer, Cuyahoga County<br>P.O. Box 94541<br>Cleveland, OH 44101-4541 | 7/04 | 2,745 | 0 |

None
☒   b.   List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders.   (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------|------|------|------|

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-623 - 31665

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☒    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ☒    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and Receiverships**

None ☒    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-623 - 31665

None ☒   b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.   Gifts**

None ☒   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.   Losses**

None ☒   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.   Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| William J. Balena<br>Balena Law Firm<br>320 Broad Street<br>Elyria, OH 44035 | 9/04 | $250 |

Bankruptcy2004 © 1991-2004, New Hope Software, Inc., - ver. 3.8.0-623 - 31665

**10. Other transfers**

None ☒

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.8.0-623 - 31665

**14. Property held for another person**

None 

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None 

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

| NAME |
| --- |

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None 

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.8.0-623 - 31665

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Jamel Smith, Inc. | 56-2289892 | 4210 W. 226th St. Fairview Park, OH 44126 | Bar | 2002 - 9/30/2004 |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

Bankruptcy2004 © 1991-2004, New Hope Software, Inc., ver. 3.8.0-623 - 31665

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None
☒

a.　List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

None
☒

b.　List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                               ADDRESS                       DATES SERVICES RENDERED

None
☒

c.　List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                               ADDRESS

None
☒

d.　List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                    DATE
                                                    ISSUED

**20. Inventories**

None
☒

a.　List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                          (Specify cost, market or other basis)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-623 - 31665

None ☒   b.   List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21. Current Partners, Officers, Directors and Shareholders

None ☒   a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☒   b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22. Former partners, officers, directors and shareholders

None ☒   a.   If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒   b.   If the debtor is a corporation, list all officers, and directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23. Withdrawals from a partnership or distribution by a corporation

None ☒   If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.8.0-623 - 31665

**24. Tax Consolidation Group**

None ☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds**

None ☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

\*      \*      \*      \*      \*      \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  10/5/04 _____     Signature
                                      of Debtor    /s/ Jamel M. Hutton _____

                                                   JAMEL M. HUTTON

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____         _____
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No.
                                                          (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____         _____
Signature of Bankruptcy Petition Preparer                        Date

                        __0__ continuation sheets attached

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*
**Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2004 © 1991-2004, New Hope Software, Inc.- ver. 3.8.0-623 - 31665

# United States Bankruptcy Court
## Northern District of Ohio

In re   Jamel M. Hutton

Case No. _____

Chapter   _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ...................................……………………...... $ _____700.00_____

Prior to the filing of this statement I have received ........……………….................. $ _____250.00_____

Balance Due ..................................……………………….................... $ _____450.00_____

2.   The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.8.0-623 - 31665

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

___10/5/04_____          ___/s/ William J. Balena_____
Date                                          Signature of Attorney

                                          ___Balena Law Firm_____
                                          Name of law firm

---

ADP/McCarthy, Burgess
26000 Cannon Rd.
Clevealnd, OH 44146


Angie Longo
4288 W. 227th Street
Fairview Park, OH 44126


Animal Hospital of Fairview
4480 W 220th St.
Fairview Park, OH 44126


Arrow Financial
P.O. Box 1206
Oaks, PA 19456-1206


B&K Glass
16417 Lorain Ave.
N. Olmsted, OH 44070


BWC State Ins. Fund
Corporate Processing Dept.
Columbus, OH 43271-0977


Cadilac Music
3950 Carnegie
Cleveland, OH


Chase Manhattan Bank
P.O. Box 15583
Wilmington, DE 19886-1194


CIT/Lease FN Group
P.O. Box 4263
Chicago, IL 60693


Edward R. Reichek, Esq.
75 Public Sq., #1225
Cleveland, OH 44113-2059

Fairview Shopping Center Corp.
30100 Chagrin Blvd., #110
Cleveland, OH 44124


GE Capital Cons Cardco
P.O. Box 9001557
Louisville, KY 40290-1557


Harris & Harris Ltd
600 W. Jackson Blvd. #400
Chicago, IL 60661


Home Depot
P.O. Box 9100
Des Moines, IA 50368-9100


JC Penney
P.O. Box 271938
Tampa, FL 33688-1938


Joe Jacobs, Esq.
15614 Detroit Rd., #6
Lakewood, OH 44107


Kaufmann's
P.O. Box 8091
Lorain, OH 44055-8091


Kohl's Department Store
P.O.Box 3043
Milwaukee, WI 553201-3043


Lowes
P.O. Box 981064
El Paso, TX 79998-1064


Mansour, Gavin/LoPresti
55 Public Sq., #2150
Cleveland, OH 44113-1994

Mark Swartz
30100 Chagrin Blvd.
Cleveland, OH 44124


MBNA America
P.O. Box 15026
Wilmington, DE 19850-5026


MBNA America
P.O. Box 15026
Wilmington, DE 19850-5026


Michael P. Harvey Co., LPA
311 Northcliff Dr.
Rocky River, OH 44116-1344


Ohio Dept. of Taxation
P.O. Box 2678
Columbus, OH 43216-2678


Recovery Concepts
1925 E. Beltine Rd., #510
Carrollton, TX 75006


Sears
P.O. Box 818017
Cleveland, OH 44181-8017


State of Ohio - Special Counsel
326 S. High St Annex, #201
Columbus, OH 43215


The Illuminating Company
P.O. Box 3638
Akron, OH 44309-3638


Third Federal Savings & Loan
7007 Broadway Ave.
Cleveland, OH 44105

Tom Hlavaty
21245 Lorain Rd.
Fairview Park, OH 44126


Total Line Refrigeration
4916 Walworth Ave.
Cleveland, OH


Treasurer, Cuyahoga County
P.O. Box 94541
Cleveland, OH 44101-4541